AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

STEVE MCMULLEN,

        Plaintiff,

        v.

BAC HOME LOANS SERVICING LP,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., RECONTRUST COMPANY, N.A.,

        Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-216-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED WITH PREJUDICE and without costs as to any party pursuant to the Order Granting Motion to Dismiss filed September 6, 2011, Ct. Rec. 10.

| | |
|---|---|
| September 6, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |